UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:11-CV-351-H

STRATEGIC MARKETING, INC.                                        PLAINTIFF

V.

FITZPATRICK ADVERTISING, LLC, f/k/a
 FORCE MEDIA GROUP, LLC, ET AL.
DEFENDANTS

## MEMORANDUM AND ORDER

Plaintiff Strategic Marketing Inc., a Kentucky company in the business of providing automotive marketing services to automobile dealers throughout the U.S., filed suit alleging copyright infringement against Defendants, Fitzpatrick Advertising, LLC and The Car Ad Store, LLC.  The matter is before the Court on Plaintiff's Motion for a Temporary Restraining Order.

The Court conducted a telephonic conference with the parties to discuss the merits of the motion.  Because several important factual and legal questions remain unanswered, Plaintiff was not entitled to expedited relief at this time.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's Motion for a Temporary Restraining Order is DENIED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that on or before **August 17, 2011**, the parties shall complete discovery related to any claim of injunctive relief.

cc:     Counsel of Record