IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| STRATEGIC MARKETING, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FITZPATRICK ADVERTISING, LLC f/k/a FORCE MEDIA GROUP, LLC, THE CAR AD STORE, LLC, AND FORCE EVENTS AND DIRECT MARKETING, LLC,<br><br>    Defendants. | No.: 3:11-CV-351-JGH<br><br>*ELECTRONICALLY FILED* |

## **CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS**

Pursuant to Rule 7.1 of the FEDERAL RULES OF CIVIL PROCEDURE, Defendants Fitzpatrick Advertising, LLC f/k/a Force Media Group, LLC, The Car Ad Store, LLC, and Force Events and Direct Marketing, LLC, by counsel, state that they do not have parent corporations and that no publicly held corporations own any interest in them.

Respectfully submitted,

*/s/ Amy B. Berge*
Amy B. Berge, abb@gdm.com
Reva D. Campbell, rdc2@gdm.com
GREENEBAUM DOLL & McDONALD PLLC
3500 National City Tower
101 South Fifth Street
Louisville, KY 40202
(502) 589-4200
(502) 587-3695

and

Benjamin I. Fink, BFink@bfvlaw.com
*(admitted pro hac vice)*
BERMAN FINK VAN HORN, PC
3423 Piedmont Road, Suite 200
Atlanta, GA 30305
(404) 261-7711
(404) 233-1943

COUNSEL FOR DEFENDANTS, FITZPATRICK ADVERTISING, LLC (F/K/A FORCE MEDIA GROUP, LLC), THE CAR AD STORE, LLC, AND FORCE EVENTS AND DIRECT MARKETING, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 7th, 2011, a true and correct copy of the foregoing was served, via the ECF electronic filing system upon the following:

Randall S. Strause, Esq.
Hectus & Strause PLLC
804 Stone Creek Parkway, Suite 1
Louisville, Kentucky 40223
*Counsel for Plaintiff Strategic Marketing, Inc.*

*/s/ Amy B. Berge*
COUNSEL FOR DEFENDANTS

4445881_1.doc

2