IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| STRATEGIC MARKETING, INC. | ) | |
| | ) | |
| *Plaintiff* | ) | |
| vs. | ) | Case No. 3:11-CV-351 |
| | ) | |
| FITZPATRICK ADVERTISING, LLC | ) | |
| f/k/a FORCE MEDIA GROUP, LLC, et al. | ) | |
| | ) | |
| *Defendants* | ) | |

## ORDER

This matter is before the court on the parties' Joint Motion to File Confidential Settlement Agreement Under Seal. Having reviewed the Joint Motion, and the court being otherwise sufficiently advised,

IT IS HEREBY ORDERED THAT the parties' Joint Motion is GRANTED, and the attached Confidential Settlement Agreement and Addendum are hereby filed under the seal of this court.

Tendered by:

RANDALL S. STRAUSE
**STRAUSE LAW GROUP, PLLC**
804 Stone Creek Parkway, Suite 1
Louisville, Kentucky 40223
*Telephone*: (502) 426-1661
Email: rstrause@strauselawgroup.com
**Counsel for the Plaintiff Strategic Marketing, Inc.**

4